THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES CORP.,<br><br>Defendant. | No. 2:18-cv-00565-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DISCOVERY DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 15, 2018** |



## I. STIPULATION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), and for the following reasons, Defendant Scientific Games Corporation and Plaintiff Sheryl Fife hereby stipulate to a two-week extension of the deadlines for the Rule 26(f) conference, initial disclosures, and the joint status report as currently set by the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. No. 4).

No prior requests to extend the above deadlines have been made, and extending the Rule 26(f) deadlines would not affect any other scheduled dates in the proceeding. The parties have entered into this stipulation because Defendant needs additional time to analyze the claims and issues presented in Plaintiff's complaint.

Accordingly, the parties hereby stipulate to extend the deadlines set forth in the Order dated April 18, 2018 (Dkt. No. 4) as follows:

STIPULATED MOTION TO EXTEND DEADLINES
(NO. 2:18-CV-00565-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | May 16, 2018 | May 30, 2018 |
| Deadline for Initial Disclosures | May 23, 2018 | June 6, 2018 |
| Deadline for Joint Status Report and Discover Plan | May 30, 2018 | June 13, 2018 |

Defendant and Plaintiff further stipulate that if Defendant files a motion in lieu of an answer on the responsive pleading deadline of June 18, 2018, Plaintiff shall have until July 27, 2018, to file any opposition thereto, Defendant shall have until August 17, 2018, to file its reply, and the motion shall be noted for August 17, 2018.

DATED this 15th day of May, 2018.

s/ *Janissa A. Strabuk*
(per email authorization)
Janissa A. Strabuk
**Tousley Brain Stephens**
1700 Seventh Ave
Ste 2200
Seattle, WA 98101

Attorneys for Plaintiff

s/ *Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850
Nicola C. Menaldo, WSBA No. 44459
David T. Martin, WSBA No. 50160

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Scientific Games Corporation

STIPULATED MOTION TO EXTEND DEADLINES
(NO. 2:18-CV-00565-JLR) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## II. [PROPOSED] ORDER

It is so ordered. The amended deadlines are as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | May 16, 2018 | May 30, 2018 |
| Deadline for Initial Disclosures | May 23, 2018 | June 6, 2018 |
| Deadline for Joint Status Report and Discover Plan | May 30, 2018 | June 13, 2018 |

DATED this 16th day of May, 2018.

_____
Honorable James L. Robart

STIPULATED MOTION TO EXTEND DEADLINES
(NO. 2:18-CV-00565-JLR) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 15, 2018, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Janissa A. Strabuk<br>Cecily C. Shiel<br>**Tousley Brain Stephens**<br>1700 Seventh Ave<br>Suite 2200<br>Seattle, WA 98101<br><br>Attorneys for Plaintiff | Rafey Balabanian<br>Eve-Lynn Rapp<br>Todd Logan<br>**Edelson PC**<br>123 Townsend Street<br>Suite 100<br>San Francisco, CA 94107<br><br>Attorneys for Plaintiff |
| Benjamin H. Richman<br>**Edelson PC**<br>350 North LaSalle Street<br>Suite 1400<br>Chicago, IL 60654<br><br>Attorney for Plaintiff | |

I further certify that all parties to this action or their attorneys are CM/ECF participants.

DATED this 15th day of May, 2018.

                                       s/ *Erin Weinkauf*
                                       Erin Weinkauf
                                       Legal Secretary

CERTIFICATE OF SERVICE
(NO. 2:18-CV-00565-JLR) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

139861837.2