THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SCIENTIFIC GAMES CORP.,<br><br>　　　　　　Defendant. | No. 2:18-cv-00565-RBL<br><br>DECLARATION OF DAVID T. MARTIN IN SUPPORT OF DEFENDANT SCIENTIFIC GAMES CORPORATION'S MOTION TO DISMISS |

I, David T. Martin, declare as follows:

1. I am one of the attorneys of record for Defendant Scientific Games Corporation, and I have personal knowledge of the facts set forth herein and am competent to testify to such facts.

2. Attached to this declaration as **Exhibit A** (filed in physical form) is a true and correct copy of the Jackpot Party Casino application, downloaded to an Apple iPad.

3. Attached to this declaration as **Exhibit B** (filed in physical form) is a true and correct copy of a video, which was created by recording a user operating the Jackpot Party Casino application that is downloaded onto the Apple iPad submitted as Exhibit A.

DECLARATION OF DAVID T. MARTIN ISO
DEFENDANT SCIENTIFIC GAMES' MOTION
TO DISMISS (NO. 2:18-CV-00565-RBL) – 1
LEGAL140312272.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Attached to this declaration as **Exhibit C** are true and correct copies of screenshots of the Jackpot Party Casino application, which are excerpted from the video attached as Exhibit B.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of the Jackpot Party Casino Frequently Asked Questions, available online at https://jackpotpartycasino.zendesk.com/hc/en-us/articles/360002535534-Daily-Bonuses-Free-Coins (last accessed June 25, 2018).

6. Attached to this declaration as **Exhibit E** is a true and correct copy of the Washington State Gambling Commission's March 2014 brochure titled "Online Social Gaming: When is it legal?  What to Consider."

7. Attached to this declaration as **Exhibit F** is a true and correct copy of the Washington State Gambling Commission's Approved Minutes from its May 9, 2013, public meeting.

8. Attached to this declaration as **Exhibit G** is a true and correct copy of the Washington State Gambling Commission's "Social Gaming" PowerPoint presentation.

9. Attached to this declaration as **Exhibit H** is a true and correct copy of the Washington State Gambling Commission's April 4, 2018, press release entitled "Statement regarding access to free online poker sites."

10. Attached to this declaration as **Exhibit I** is a true and correct copy of the Washington State Gambling Commission's April 17, 2018, press release entitled "Director's statement regarding Ninth Circuit Court of Appeals' published decision in Kater v. Churchill Downs."

DECLARATION OF DAVID T. MARTIN ISO
DEFENDANT SCIENTIFIC GAMES' MOTION
TO DISMISS (NO. 2:18-CV-00565-RBL) – 2
LEGAL140312272.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

I CERTIFY UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED this 2nd day of July, 2018.

*s/* David T. Martin
David T. Martin, WSBA No. 50160
Email: DMartin@perkinscoie.com

DECLARATION OF DAVID T. MARTIN ISO
DEFENDANT SCIENTIFIC GAMES' MOTION
TO DISMISS (NO. 2:18-CV-00565-RBL) – 3
LEGAL140312272.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000


# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on July 2, 2018, I electronically filed the foregoing DECLARATION OF DAVID T. MARTIN IN SUPPORT OF DEFENDANT SCIENTIFIC GAMES CORPORATION'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Janissa A. Strabuk<br>Cecily C. Shiel<br>**Tousley Brain Stephens**<br>1700 Seventh Ave<br>Suite 2200<br>Seattle, WA 98101<br><br>Attorneys for Plaintiff | Rafey Balabanian<br>Eve-Lynn Rapp<br>Todd Logan<br>**Edelson PC**<br>123 Townsend Street<br>Suite 100<br>San Francisco, CA 94107<br><br>Attorneys for Plaintiff |
| Benjamin H. Richman<br>**Edelson PC**<br>350 North LaSalle Street<br>Suite 1400<br>Chicago, IL 60654<br><br>Attorney for Plaintiff | |

I further certify that all parties to this action or their attorneys are CM/ECF participants.

DATED this 2nd day of July, 2018.

s/ *Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KOSullivan@perkinscoie.com

Attorneys for Defendant
Scientific Games Corporation

CERTIFICATE OF SERVICE
(NO. 2:18-CV-00565-RBL) – 1

LEGAL140312272.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000