THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES CORP.,<br><br>Defendant. | No. 2:18-cv-00565-RBL<br><br>AMENDED CERTIFICATE OF SERVICE REGARDING NOTICE OF FILING PHYSICAL MATERIALS WITH THE CLERK (DKT. 29) |

I certify under penalty of perjury that on July 2, 2018, I electronically filed the NOTICE OF FILING PHYSICAL MATERIALS WITH THE CLERK, Dkt. 29, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record that are CM/ECF participants:

| | |
|---|---|
| Janissa A. Strabuk<br>Cecily C. Shiel<br>**Tousley Brain Stephens**<br>1700 Seventh Ave<br>Suite 2200<br>Seattle, WA 98101<br><br>Attorneys for Plaintiff | Rafey Balabanian<br>Eve-Lynn Rapp<br>Todd Logan<br>**Edelson PC**<br>123 Townsend Street<br>Suite 100<br>San Francisco, CA 94107<br><br>Attorneys for Plaintiff |
| Benjamin H. Richman<br>**Edelson PC**<br>350 North LaSalle Street | |

AMENDED CERTIFICATE OF SERVICE
(NO. 2:18-CV-00565-RBL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL140391541.1

Suite 1400
Chicago, IL 60654

Attorney for Plaintiff

I further certify that I caused to be served the below-named attorneys of record an iPad containing the Jackpot Party Casino app and a thumb drive containing video of the Jackpot Party Casino app via the method indicated:

| | |
|---|---|
| Eve-Lynn Rapp<br>Todd Logan<br>**Edelson PC**<br>123 Townsend Street<br>Suite 100<br>San Francisco, CA 94107 | ☒   Via Overnight Delivery |

DATED this 2nd day of July, 2018.

s/ *Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850
Nicola C. Menaldo, WSBA No. 44459
David T. Martin, WSBA No. 50160

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  KOSullivan@perkinscoie.com
           NMenaldo@perkinscoie.com
           DMartin@perkinscoie.com

Attorneys for Defendant
Scientific Games Corporation

AMENDED CERTIFICATE OF SERVICE
(NO. 2:18-CV-00565-RBL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

LEGAL140391541.1