The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>                  *Plaintiff*,<br><br>          v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>                  *Defendant*. | Case No. 2:18-CV-00565-RBL<br><br>**DECLARATION OF GREER RUBINSTEIN** |

DECLARATION OF
GREER RUBINSTEIN-1

DocuSign Envelope ID: 2EC8DEF7-DD8A-4DD5-9E2E-0EAE361220AC

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1.      I am an Intake Specialist at Edelson PC. I am entering this declaration in support of Plaintiff's Motion for Leave to Amend and Substitute Donna Reed as Class Representative.

2.      This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

3.      On April 13, 2020, I spoke with Plaintiff Sheryl Fife via telephone to provide her with a routine update about the status of this case. Ms. Fife thanked me for the update and gave no indication that she wished to cease serving as the proposed class representative.

4.      On May 5, 2020, I spoke with Plaintiff Sheryl Fife via telephone to help her request her Apple App Store purchase and download history using a website that Edelson PC attorney, Todd Logan, had shown me. During the call, Ms. Fife refused to use the website to request her App Store purchase history and expressed that she had grown tired of and no longer wished to participate in this case.

5.      Prior to May 5, 2020, Plaintiff Sheryl Fife had never expressed any desire to cease serving as the proposed class representative.

I declare under penalty of perjury that the above and foregoing is true and correct.


Executed on this 12th day of May, 2020 at Chicago, Illinois.



_____
GREER RUBINSTEIN

DECLARATION OF
GREER RUBINSTEIN-2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600  •  Fax: 206.682.2992