THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant*. | No. 2:18-cv-00565-RBL<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br><br>May 21, 2020 |

## I. STIPULATION

On May 12, Plaintiff filed a motion for leave to amend to substitute a new plaintiff. Dkt. 52. The parties also face a deadline of May 22 for class certification fact discovery. Dkt. 47.

To facilitate good faith discussions between the parties regarding the proposed amendment and substitution, in light of pressing deadlines, and pursuant to LCR 7(d)(1) and 10(g), Plaintiff Sheryl Fife and Defendant Scientific Games Corporation have agreed that Plaintiff will withdraw Dkt. 52 *without prejudice* and respectfully request that the Court stay this case for all purposes through June 19, 2020.

DATED this 21st day of May, 2020.

STIP. AND [PROPOSED] ORDER
Case No. 18-cv-00565-RBL-1

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Respectfully Submitted,

By: /s/ Cecily C. Shiel
TOUSLEY BRAIN STEPHENS PLLC
Cecily C. Shiel, WSBA #50061
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600
Fax: 206.682.2992
cshiel@tousley.com


By: /s/ Todd Logan
EDELSON PC
Rafey Balabanian (*admitted pro hac vice*)
rbalabanian@edelson.com
Todd Logan (*admitted pro hac vice*)
tlogan@edelson.com
123 Townsend Street, Ste. 100
San Francisco, California 94107
Tel: 415.638.9660
Fax: 415.373.9435

*Attorneys for Plaintiff and the Putative Class*

By: /s/ Nicola C. Menaldo
Kathleen M. O'Sullivan, WSBA # 27850
Nicola C. Menaldo, WSBA # 44459
David T. Martin, WSBA # 50160
Tyler S. Roberts, WSBA # 52688
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KOSullivan@perkinscoie.com
Email: NMenaldo@perkinscoie.com
Email: DMartin@perkinscoie.com
Email: TRoberts@perkinscoie.com

*Attorneys for Defendant Scientific Games Corp.*

STIP. AND [PROPOSED] ORDER
Case No. 18-cv-00565-RBL-2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

## II. [PROPOSED] ORDER

This case is STAYED for all purposes through June 19, 2020.

IT IS SO ORDERED.

DATED this _____ day of May, 2020.

_____
Honorable Ronald B. Leighton
United States District Judge

STIP. AND [PROPOSED] ORDER
Case No. 18-cv-00565-RBL-3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992