THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES CORP.,<br><br>Defendant. | No. 2:18-cv-00565-RBL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**TO:**   All Parties and Their Counsel of Record

Pursuant to Local Civil Rule 83.2(b)(3), defendant Scientific Games Corporation notifies the Court that Tyler S. Roberts, one of its attorneys of record, no longer represents defendant Scientific Games Corporation in this matter and therefore withdraws as counsel of record.  Perkins Coie LLP continues to represent Scientific Games Corporation through its attorneys Kathleen M. O'Sullivan, Nicola Menaldo, and David Martin.

NOTICE OF ATTORNEY'S WITHDRAWAL
(NO. 2:18-CV-00565-RBL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    DATED this 28th day of July, 2020.

2

3                                          s/ Tyler S. Roberts
                                           Tyler S.  Roberts, WSBA No. 52688
4                                          **Perkins Coie LLP**
                                           1201 Third Avenue, Suite 4900
5                                          Seattle, WA  98101-3099
                                           Telephone:  206.359.8000
6                                          Facsimile:   206.359.9000
                                           E-mail:  TRoberts@perkinscoie.com
7
                                           *Withdrawing Attorney for Defendant*
8                                          *Scientific Games Corporation*

9                                          s/ Kathleen M. O'Sullivan
                                           Kathleen M. O'Sullivan, WSBA No. 27850
10                                         Nicola C. Menaldo, WSBA No. 44459
                                           David T. Martin, WSBA No. 50160
11                                         **Perkins Coie LLP**
                                           1201 Third Avenue, Suite 4900
12                                         Seattle, WA 98101-3099
                                           Telephone: 206.359.8000
13                                         Facsimile:  206.359.9000
                                           Email:    KOSullivan@perkinscoie.com
14                                                    NMenaldo@perkinscoie.com
                                                      DMartin@perkinscoie.com
15
                                           *Attorneys for Defendant*
16                                         *Scientific Games Corporation*

17

18

19

20

21

22

23

24

25

26

NOTICE OF ATTORNEY'S WITHDRAWAL
(NO. 2:18-CV-00565-RBL) – 2