# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant*. | No. 2:18-cv-00565-RSL<br><br>**STIPULATION AND ORDER** |

## I. STIPULATED MOTION

The Parties have agreed to a stipulated briefing schedule on Defendant's Motion to Compel Arbitration or Transfer Venue, Dkt. 82 (the "Motion"), such that Plaintiff's deadline to respond to the Motion shall be October 12, 2020, Defendant's deadline to reply shall be October 30, 2020, and the noting date shall be October 30, 2020.

Consequently, pursuant to Local Civil Rule 7(d)(1) and 10(g), the Parties respectfully request that this Court enter the attached [Proposed] Order extending the time for Plaintiff to respond and Defendant to reply to Monday, October 12, 2020, and Friday, October 30, 2020, respectively to allow the parties additional time to address the issues presented in Defendant's motion.

STIPULATION AND ORDER
Case No. 18-cv-00565-RSL-1

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

DATED this 21st day of September, 2020.

Respectfully Submitted,

By: /s/ Todd Logan
EDELSON PC
Todd Logan (*admitted pro hac vice*)
tlogan@edelson.com
123 Townsend Street, Ste. 100
San Francisco, California 94107
Tel: 415.638.9660
Fax: 415.373.9435

By: /s/ Cecily C. Shiel
TOUSLEY BRAIN STEPHENS PLLC
Cecily C. Shiel, WSBA #50061
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600
Fax: 206.682.2992
cshiel@tousley.com

*Attorneys for Plaintiff and the Proposed Class*

By: /s/ Nicola C. Menaldo
Kathleen M. O'Sullivan, WSBA # 27850
Nicola C. Menaldo, WSBA # 44459
David T. Martin, WSBA # 50160
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KOSullivan@perkinscoie.com
Email: NMenaldo@perkinscoie.com
Email: DMartin@perkinscoie.com
*Attorneys for Defendant Scientific Games Corp.*

STIPULATION AND ORDER
Case No. 18-cv-00565-RSL-2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

## II. ORDER

The deadline for Plaintiff to respond to Defendant's Motion to Compel Arbitration or Transfer Venue, Dkt. 82, is extended to October 12, 2020, and the deadline for Defendant to file its reply is extended to October 30, 2020. The Clerk of Court is directed to renote the motion for October 30, 2020.

IT IS SO ORDERED.

Dated this 22nd day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
Case No. 18-cv-00565-RSL-3

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992