**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant.* | Case No. 2:18-cv-00565-RSL<br><br>**LCR 7(F) MOTION TO FILE OVER-LENGTH (COMBINED) CLASS CERTIFICATION AND PRELIMINARY INJUNCTION MOTION** |

Plaintiff is preparing to file a combined class certification and preliminary injunction motion. The forthcoming motion—much like the motion filed by plaintiff in *Wilson v. PTT*, No. 18-cv-5275-RSL, Dkt. 142 (W.D. Wash. Jun. 26, 2020)—addresses a variety of factual and legal issues relevant to the relief sought. Plaintiff believes an appropriate motion will require an additional *eight* pages on top of the twenty-four pages allotted by LCR 7(e)(3). Particularly given that Plaintiff's forthcoming motion combines two separate motions that would otherwise each be allotted twenty-four pages under LCR 7(e)(3), Plaintiff submits that her request is reasonable under the specific circumstances of this case.

Consequently, Plaintiff respectfully requests that the Court enter the attached [Proposed]

Order, permitting Plaintiff's forthcoming combined class certification and injunction motion to span up to thirty-two pages.

Dated: February 17, 2021                                Respectfully submitted,

                                        **DONNA REED,** individually and on behalf of all others similarly situated,

By: /s/ Todd Logan

Rafey S. Balabanian\*
rbalabanian@edelson.com
Todd Logan\*
tlogan@edelson.com
Brandt Silver-Korn\*
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300 / Fax: 415.373.9435

By:  /s/ Alexander G. Tievsky

Jay Edelson\*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

By: /s/ Cecily C. Shiel

Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600

\*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## ORDER

Plaintiff's motion is **GRANTED.** The combined class certification and preliminary injunction may be up to thirty-two pages.

**IT IS SO ORDERED.**

Dated this 18th day of February, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge