The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated, | Case No. 18-cv-00565-RSL |
| *Plaintiff*, | **DECLARATION OF TODD LOGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION** |
| *v.* | |
| SCIENTIFIC GAMES CORP., a Nevada corporation. | |
| *Defendant*. | |

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. I am an attorney at Edelson PC, which has been retained to represent Plaintiff Donna Reed in the above-captioned matter. I am entering this declaration in support of Plaintiff's Motion for Class Certification and for Preliminary Injunction (the "Motion").

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Pursuant to FRE 1006, "Figure 1" in the Motion summarizes and charts data produced by Apple Inc. pursuant to a subpoena produced by Plaintiff.

4. Enclosed as Exhibit 1, lodged with the Court via FedEx on USB Drive #1, and filed under seal, is a true and accurate copy of data Apple Inc. produced pursuant to a subpoena issued out of this case as "APL-FIFE_00001475," which for ease of reference I entitled "Apple Data Production." Based on representations from Apple, I understand the production to constitute Jackpot Party Casino and Gold Fish Casino purchases made on iOS devices associated with Washington accounts between approximately June 2014 and May 2020.

5. Enclosed as Exhibit 2 is a true and accurate copy of the 2020 Form 10-K that Scientific Games Corp. filed with the U.S. Securities and Exchange Commission on March 1, 2021, which is also *available at* https://bit.ly/3kMFLoE.

6. Enclosed as Exhibit 3 is a true and accurate copy of Amendment No. 3 to Form S-1 that SciPlay Corp. filed with the Securities and Exchange Commission on April 29, 2019, which is also *available at* https://bit.ly/39Ul71F.

7. Enclosed as Exhibit 4 is a true and accurate copy of the 2019 Form 10-K that SciPlay Corp. filed with the U.S. Securities and Exchange Commission on February 28, 2020, which is also *available at* https://bit.ly/2NMLM8P.

8. Enclosed as Exhibit 5 is an iPad containing current versions of Defendant's social casino games, entitled "iPad containing Defendant's social casino games." The iPad is lodged with the Court via FedEx.

9. Figure 3 to Dkt. 78 is a true and accurate copy of a partial screenshot taken from within Jackpot Party Casino.

10. Figure 2 to Dkt. 78 is a true and accurate copy of a partial screenshot taken from within Jackpot Party Casino.

11. Figure 1 to Dkt. 78 is a true and accurate copy of a partial screenshot taken from within Jackpot Party Casino.

12. Edelson PC has no financial stake in the Defendant nor any connections to particular class members that might cause the firm to privilege certain members over others.

13. In 2020, Google and Apple produced certain transaction information responsive to subpoenas issued out of this case. Upon filing of Plaintiff's motion for class certification and a preliminary injunction, Plaintiff intends to serve new subpoenas to Google, Apple, Facebook, and Amazon. Based on prior experience in related litigation, Plaintiff's counsel anticipates that responsive documents will substantiate all at-issue losses.

14. Attached hereto as Exhibit 6 is a true and accurate copy of a screenshot of a pop-up window that I understand Defendant began displaying to Jackpot Party Casino players starting in 2020.

15. Attached hereto as Exhibit 7 is a true and accurate copy of a letter Natasha Dow Schüll sent to the Washington State Gambling Commission, entitled "Letter from Professor Natasha Dow Schüll."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2021 at Honolulu, Hawaii.

/s/ Todd Logan