# EXHIBIT 5

# (iPad Lodged with the Court)