The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant*. | No. 2:18-cv-00565-RSL |

DECLARATION OF DONNA REED

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

**DECLARATION OF DONNA REED**

I, Donna Reed, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I do not have any conflicts of interest that might cause me to sell out absent class members. Further, I am committed to vigorously pursuing this case on behalf of myself and the proposed classes. I understand that means I may need to sit for my deposition, produce documents, respond to interrogatories, and appear at trial. I am prepared to do all of those things.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on this #8 day of April, 2021, at Medford, Oregon.

*Donna Reed*
DONNA REED

DECLARATION OF DONNA REED

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378