1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONNA REED, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

SCIENTIFIC GAMES CORP.,

Defendant.

Cause No. C18-0565RSL

ORDER STAYING DISCOVERY
AND CLASS CERTIFICATION
BRIEFING

This matter comes before the Court on defendant Scientific Games Corp.'s "Motion to

Stay Discovery and Class Certification Briefing Pending Decision on Motion to Compel

Arbitration" (Dkt. # 100) and "Motion for Relief from Deadline" (Dkt. # 121). The motions are

GRANTED. Discovery in the above-captioned matter is hereby STAYED. The Court will hear

oral argument on the pending motion to compel arbitration. If that motion is resolved in

plaintiff's favor, her motion for class certification and for preliminary injunction (Dkt. # 112)

will be renoted for consideration.

Dated this 26th day of April, 2021.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER STAYING DISCOVERY AND
CLASS CERTIFICATION BRIEFING - 1