THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIFIC GAMES CORP.,<br><br>Defendant. | No. 2:18-cv-00565-RSL<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Scientific Games Corp. appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Denying Defendant's Motion to Compel Arbitration or Transfer Venue (Dkt. 134), entered in this action on June 17, 2021. *See* 9 U.S.C. § 16(a)(1).

NOTICE OF APPEAL
(No. 2:18-cv-00565-RSL) - 1

**Bartlit Beck LLP**
54 West Hubbard Street
Chicago, IL 60654
Phone: 312.494.4400
Fax: 312.494.4440

| | |
|---|---|
| DATED: June 23, 2021 | By: s/ *Adam L. Hoeflich*<br>Adam L. Hoeflich (*pro hac vice*)<br>**Bartlit Beck LLP**<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, IL 60654<br>Telephone: 312.494.4400<br>Facsimile: 312.494.4440<br>Email: adam.hoeflich@bartlitbeck.com<br><br>Sean C. Grimsley (*pro hac vice*)<br>Daniel C. Taylor (*pro hac vice*)<br>Alison G. Wheeler (*pro hac vice*)<br>**Bartlit Beck LLP**<br>1801 Wewatta Street, 12th Floor<br>Denver, CO 80202<br>Telephone: 303.592.3100<br>Facsimile: 303.592.3140<br>Email: sean.grimsley@bartlitbeck.com<br>daniel.taylor@bartlitbeck.com<br>alison.wheeler@bartlitbeck.com<br><br>By: s/ *Kathleen M. O'Sullivan*<br>Kathleen M. O'Sullivan, WSBA No. 27850<br>Nicola C. Menaldo, WSBA No. 44459<br>David T. Martin, WSBA No. 50160<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: KOSullivan@perkinscoie.com<br>NMenaldo@perkinscoie.com<br>DMartin@perkinscoie.com<br><br>Attorneys for Defendant<br>Scientific Games Corporation |

NOTICE OF APPEAL
(No. 2:18-cv-00565-RSL) - 2

**Bartlit Beck LLP**
54 West Hubbard Street
Chicago, IL 60654
Phone: 312.494.4400
Fax: 312.494.4440