# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DONNA REED, individually and on behalf of all others similarly situated,

        *Plaintiff*,

v.

SCIENTIFIC GAMES CORP., a Nevada corporation,

        *Defendant*.

Case No. 18-cv-00565-RSL

**STIPULATED MOTION RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY AND ORDER**

Plaintiff Donna Reed and Defendant Scientific Games Corporation stipulate and agree pursuant to Local Civil Rule 10(g) to the following briefing schedule on Defendant's motion to stay proceedings pending appeal, Dkt. #137:

- **Plaintiff's opposition deadline**: July 19, 2021
- **Defendant's reply deadline and date for re-note**: July 23, 2021

In addition, Plaintiff agrees not to re-file her motion for class certification and a preliminary injunction (or ask the Court to re-note that motion) until after July 19, 2021.

All parties respectfully request that this Court grant this stipulated motion and enter the attached Order.

Dated: June 29, 2021

| | |
|---|---|
| By: /s/ Daniel C. Taylor<br>Adam L. Hoeflich*<br>**Bartlit Beck LLP**<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, IL 60654<br>Telephone: 312.494.4400<br>Facsimile: 312.494.4440<br>Email: adam.hoeflich@bartlitbeck.com<br><br>Sean C. Grimsley*<br>Daniel C. Taylor*<br>Alison G. Wheeler*<br>**Bartlit Beck LLP**<br>1801 Wewatta Street, 12th Floor<br>Denver, CO 80202<br>Telephone: 303.592.3100<br>Facsimile: 303.592.3140<br>Email: sean.grimsley@bartlitbeck.com<br>daniel.taylor@bartlitbeck.com<br>alison.wheeler@bartlitbeck.com<br><br>By: /s/ Kathleen M. O'Sullivan<br>Kathleen M. O'Sullivan, WSBA No. 27850<br>Nicola C. Menaldo, WSBA No. 44459<br>David T. Martin, WSBA No. 50160<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: KOSullivan@perkinscoie.com<br>NMenaldo@perkinscoie.com<br>DMartin@perkinscoie.com<br><br>*Attorneys for Defendant*<br>*Scientific Games Corporation* | By: /s/ Todd Logan<br>Rafey S. Balabanian*<br>Todd Logan*<br>Brandt Silver-Korn*<br>**Edelson PC**<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Tel: 415.212.9300 / Fax: 415.373.9435<br>Email: rbalabanian@edelson.com<br>tlogan@edelson.com<br>bsilverkorn@edelson.com<br><br>Jay Edelson*<br>Alexander G. Tievsky, WSBA #57125<br>Amy B. Hausmann*<br>**Edelson PC**<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370 / Fax: 312.589.6378<br>Email: jedelson@edelson.com<br>atievsky@edelson.com<br>abhausmann@edelson.com<br><br>By: /s/ Cecily C. Shiel<br>Cecily C. Shiel, WSBA #50061<br>**Tousley Brain Stephens PLLC**<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Tel: 206.682.5600<br>Email: cshiel@tousley.com<br><br>*Attorneys for Plaintiff and the Proposed Classes*<br><br><br>*Admitted pro hac vice* |

# ORDER

The Parties' stipulated motion is **GRANTED**. The deadline for Plaintiff's opposition to Defendant's motion to stay, Dkt. #137, is extended to July 19, 2021. The deadline for Defendant's reply is extended to July 23, 2021. The motion to stay is re-noted to July 23, 2021.

**IT IS SO ORDERED.**

Dated this 29th day of June, 2021.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge