# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant*. | Case No. 18-cv-00565-RSL<br><br>**STIPULATED MOTION AND ORDER STAYING CASE PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |

**STIPULATED MOTION FOR STAY**

The Parties have reached a binding agreement in principle to settle this case on a class action basis. Among other provisions, the agreement provides for:

- The establishment of a $24.5 million non-reversionary settlement fund;
- A release of claims by settlement class members who do not timely exclude themselves from the settlement; and
- Prospective measures.

In order to provide the Parties sufficient time to reduce their agreement to a complete class action settlement agreement, and to provide Plaintiff sufficient time to prepare a motion for preliminary approval, the Parties jointly seek a stay of this case through December 17, 2021, by which time the Parties anticipate that Plaintiff will have filed preliminary approval papers.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 23rd day of November, 2021.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9495

Jay Edelson*

jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
350 N LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.560

*Attorneys for Plaintiff and the Putative Class*

**BARTLIT BECK LLP**

By: /s/ Adam L. Hoeflich
Adam L. Hoeflich*
adam.hoeflich@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: 312.494.4400 / Fax: 31.494.4440

Daniel C. Taylor*
daniel.taylor@bartlitbeck.com
Alison G. Wheeler*
alison.wheeler@bartlitbeck.com
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Tel.: 303.592.3100 / Fax: 303.592.3140

*Attorneys for Defendant*

*Admitted *pro hac vice*

**ORDER**

This case is STAYED for all purposes through December 17, 2021.

IT IS SO ORDERED.

Dated this 24th day of November, 2021.

*MW S Lasnik*
Honorable Robert S. Lasnik
United States District Judge