# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant*. | Case No. 18-cv-00565-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING STAY OF CASE** |

## STIPULATED MOTION TO EXTEND STAY

The Parties previously apprised the Court that they had reached a binding agreement in principle to settle this case on a class action basis. *See* Dkt. #158. The Parties are continuing to finalize a class action settlement agreement and request additional time to execute the agreement. The Parties therefore jointly seek to extend the stay of this case through January 17, 2022, by which time the Parties anticipate that Plaintiff will have filed preliminary approval papers. The Parties do not presently anticipate requiring any additional extensions of the stay.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 16th day of December, 2021.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9495

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
350 N LaSalle Street, 14th Floor

Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.560

*Attorneys for Plaintiff and the Putative Class*

**BARTLIT BECK LLP**

By: /s/ Daniel C. Taylor
Adam L. Hoeflich*
adam.hoeflich@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: 312.494.4400 / Fax: 31.494.4440

Daniel C. Taylor*
daniel.taylor@bartlitbeck.com
Alison G. Wheeler*
alison.wheeler@bartlitbeck.com
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Tel.: 303.592.3100 / Fax: 303.592.3140

*Attorneys for Defendant*

*Admitted *pro hac vice*

**ORDER**

This case is STAYED for all purposes through January 17, 2022.

IT IS SO ORDERED.

Dated this 17th day of December, 2021.

*MW S Lasnik*
Honorable Robert S. Lasnik
United States District Judge