# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant*. | Case No. 18-cv-0565-RSL<br><br>**ORDER GRANTING PLAINTFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

## Order

Plaintiff's Unopposed Motion for Leave to File Oversize Brief *Instanter* is **Granted**. Plaintiff may file up to a twenty-eight page Motion for Preliminary Approval of Class Action Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 19th day of January, 2022.

_____
M S Casnik