# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation.<br><br>*Defendant*. | No. 18-cv-00565-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Order Granting
Preliminary Approval
Case No. 18-cv-565-RSL

Edelson PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

The above-captioned matter came before this Court upon Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. Based upon the memoranda, exhibits, and all the files and proceedings herein, the Court finds as follows:

1. The Court grants preliminary approval of the Settlement based upon the terms set forth in the Settlement Agreement.

2. The settlement terms set forth in the Settlement Agreement appear to be fair, adequate and reasonable to the Settlement Class, and the Court preliminarily approves the terms of the Settlement Agreement, including:

    a. A Settlement Fund of $24,500,000;

    b. Incentive Awards, which shall not exceed $10,000 for Plaintiff Donna Reed and shall not exceed $2,500 for Class Representative Laura Perkinson;

    c. Attorney's fees to Settlement Class Counsel, which shall be no more than 30% of the Settlement Fund, plus reimbursement of expenses, and;

    d. Settlement Administration Expenses, which together with any anticipated Fee Award and Incentive Awards, shall be no more than 30% of the Settlement Fund.

3. The Court grants the Parties' request for certification of the following Rule 23 Settlement Class for the sole and limited purpose of implementing the terms of the Settlement Agreement, subject to this Court's final approval:

> all individuals who, in Washington (as reasonably determined by IP address or other information furnished by Platform Providers), played the Applications on or before Preliminary Approval of the Settlement.[1]

---

[1] Excluded from the Settlement Class are (1) any Judge or Magistrate presiding over this action and members of their families, (2) the Defendants, Defendants' subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendants or their parents have a controlling interest and their current or former officers, directors, and employees, (3) persons who properly execute and file a timely request for exclusion from the class, and (4) the legal representatives, successors or assigns of any such excluded persons.

ORDER GRANTING
PRELIMINARY APPROVAL
CASE NO. 18-CV-565-RSL

1

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

4. The Court preliminarily appoints Jay Edelson, Rafey S. Balabanian, Todd Logan, Alexander G. Tievsky, Brandt Silver-Korn, and Amy B. Hausmann of Edelson PC as Class Counsel, and Plaintiff Donna Reed along with Laura Perkinson as Class Representatives.

5. This Court approves, as to form and content, the notice of proposed class action settlement (the "Notice"), in substantially the form attached to the Settlement Agreement as Exhibits B, C and D. The Court approves the procedure for Settlement Class Members to opt out of, or object to, the Settlement as set forth in the Settlement Agreement Notice.

6. The Court directs the mailing of the Settlement Class Notice by email and/or First-Class U.S. mail to the Settlement Class Members in accordance with the schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Notice, as set forth below, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

| Deadline | Event |
| --- | --- |
| No later than thirty (30) calendar days after the Execution of the Settlement Agreement | Deadline for Defendants to provide Settlement Class Member contact information to Class Counsel and the Settlement Administrator |
| January 26, 2022 | Deadline for Settlement Administrator to provide Notice on the settlement website, www.scientificgamessettlement.com |
| February 23, 2022 | Deadline for Settlement Administrator to mail Notice via Email and/or First-Class U.S. Mail (the "Notice Date") |
| March 21, 2022, and again on April 13, 2022 | Deadlines for the Settlement Administrator to send Reminder Notice via email |
| April 20, 2022 | Deadline to have postmarked and/or filed a written objection to this Settlement Agreement or a request for exclusion |

7. The Court appoints JND Legal Administration as the Settlement Administrator.

8. The Court adopts the following dates and deadlines:

ORDER GRANTING
PRELIMINARY APPROVAL
CASE NO. 18-CV-565-RSL

2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

9. The Claims Deadline is scheduled for April 20, 2022.

10. Class Counsel shall file a memorandum of points and authorities in support of their motion for approval of attorneys' fees, incentive fees, and litigation expenses no later than March 16, 2022.

11. Settlement Class Counsel shall file a memorandum of points and authorities in support of the final approval of the Settlement Agreement by May 11, 2022.

12. A final settlement approval fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Settlement Class Counsel, and the Settlement Class Representatives' Incentive Award should be finally approved as fair, reasonable and adequate as to the members of the Settlement Class is scheduled for June 23, 2022, at 1:30 pm.

**IT IS SO ORDERED.**

Dated this 19th day of January, 2022.

Robert S. Lasnik
United States District Judge

ORDER GRANTING
PRELIMINARY APPROVAL
CASE NO. 18-CV-565-RSL

3

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378