1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant.* | Case No. 18-cv-565-RSL<br><br>**ORDER GRANTING PLAINTFF'S UNOPPOSED MOTION TO CONTINUE SETTLEMENT DEADLINES** |

**Order**

Plaintiff's unopposed motion is GRANTED. The Court sets the following amended deadlines and dates:

- **Notice Date**: April 13, 2022
- **Reminder Notice**: May 9, 2022 and again on June 1, 2022
- **Deadline to File Motion for Approval of Attorneys' Fees, Incentive Fees, and Litigation Expenses**: May 4, 2022
- **Claims Deadline**: June 8, 2022
- **Objection/Exclusion Deadline**: June 8, 2022
- **Deadline to File Motion for Final Approval of the Settlement Agreement**: June 21, 2022
- **Final Approval Hearing**: August 12, 2022, at 11:00 a.m. unless changed by further order of the Court.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge