# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated, *Plaintiff*, v. SCIENTIFIC GAMES CORP., a Nevada corporation, *Defendant*. | Case No. 18-cv-565-RSL<br><br>**ORDER GRANTING PLAINTFF'S UNOPPOSED MOTION TO CONTINUE CERTAIN SETTLEMENT DEADLINES BY AN ADDITIONAL 16 DAYS** |

Plaintiff's unopposed motion is GRANTED. The Court sets the following amended deadlines and dates:

- **Notice Date**: April 29, 2022
- **Reminder Notice**: May 25, 2022 and again on June 17, 2022
- **Deadline to File Motion for Approval of Attorneys' Fees, Incentive Fees, and Litigation Expenses**: May 20, 2022
- **Claims Deadline**: June 24, 2022
- **Objection/Exclusion Deadline**: June 24, 2022

- **Deadline to File Motion for Final Approval of the Settlement Agreement**: July 7, 2022

- **Final Approval Hearing**: August 12, 2022, at 11:00am unless changed by further order of the Court.

**IT IS SO ORDERED.**

Dated this 13th day of April, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge