1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant.* | No. 18-cv-0565-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

Order Granting
Leave to File Over-Length Brief
Case No. 18-cv-565- i

Edelson PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

# ORDER

Plaintiff's motion is **GRANTED**. Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Issuance of Incentive Awards may be up to twenty-seven pages.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

Order Granting
Leave to File Over-Length Brief
CASE NO. 18-CV-565- 2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378