UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA REED, individually and on behalf of all others similarly situated, | Case No. 18-cv-00565-RSL |
| *Plaintiff,* | **DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION** |
| v. | |
| SCIENTIFIC GAMES CORP., a Nevada corporation. | |
| *Defendant.* | |

I, JENNIFER M. KEOUGH, declare and state as follows:

1.    I am the Chief Executive Officer ("CEO") and President of JND Legal Administration ("JND"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2.    JND is a legal administration services provider with its headquarters located in Seattle, Washington. JND has extensive experience in all aspects of legal administration and has administered settlements in hundreds of cases. As CEO of JND, I am involved in all facets of our company's operation. Among my responsibilities is to monitor the implementation of our notice and claim administration programs. I have more than 20 years of legal experience designing and supervising such programs.

3.    JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action") for the purposes of administering the notice plan pursuant to Order Granting Plaintiff's

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings given such terms in the Class Action Settlement Agreement.

DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION

Motion for Preliminary Approval of Class Settlement, dated January 19, 2022, Order Granting Plaintiff's Unopposed Motion to Continue Settlement Deadlines, dated February 14, 2022, and Order Granting Plaintiff's Unopposed Motion to Continue Certain Settlement Deadlines by an Additional 16 Days, dated April 13, 2022 (collectively, "Orders").

4.    This Declaration is being filed to report on the implementation of the notice plan outlined in the Settlement Agreement and provide an update on claims received.

## CAFA NOTICE

5.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents:

    a.   Class Action Complaint, filed on April 17, 2018;

    b.   First Amended Class Action Complaint, filed on August 25, 2020;

    c.   Unopposed Motion for Preliminary Approval of Class Settlement, filed on January 18, 2022;

    d.   Declaration of Todd Logan in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, filed on January 18, 2022;

    e.   Class Action Settlement Agreement, filed on January 18, 2022, and attaching the Claim Form, Email Notice, Postcard Notice, Notice, Plan of Allocation, and Stipulated Undertaking Re: Attorneys' Fees and Costs; and

    f.   Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, filed on January 19, 2022.

6.    The CD-ROM was mailed on January 28, 2022, to the appropriate Federal and State officials identified in the attachment with an accompanying cover letter, a copy of which is attached hereto as **Exhibit A**.

## CLASS LIST DATA

7.    From February 10, 2022 through April 18, 2022, JND received data files from Platform Providers[2] and Defendants, which contained—where available—the names, mailing addresses, email

---

[2] The Platform Providers included Amazon, Apple, Facebook, and Google.

DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION

addresses, phone numbers, Player IDs, and Lifetime Spending Amounts of individuals identified as Settlement Class Members. JND analyzed the raw data by deduplicating data from each Platform Provider, then consolidating the sources, resulting in 218,358 unique email addresses. The Total Lifetime Spending Amount for the Class is $89,363,212.41.

8.    The Settlement Class Member data was promptly loaded into a database established for this Action.

**EMAIL NOTICE CAMPAIGN**

9.    On April 29, 2022, JND commenced the Court-approved notice via email ("Email Notice") to 216,052 email addresses of Settlement Class Members. 2,306 Class List email addresses that failed a validation check were excluded. Records with multiple email addresses were sent an Email Notice to each unique email address. A representative copy of the Email Notice is attached hereto as **Exhibit B**.

10.    Of the 216,052 total email addresses sent, 196,399 were delivered, a rate of 90.9%.

11.    On May 25, 2022, JND commenced the first Reminder Email Notice to 212,346 email addresses of Settlement Class Members who had not submitted a Claim Form to date. The email contained the same text as the initial notice, except for the subject line indicating it was a reminder. Of these first Reminder Email Notices, 191,925 were deliverable, a rate of 90.4%.

12.    On June 17, 2022, JND commenced the second Reminder Email Notice to 209,373 email addresses of Settlement Class Members who had not submitted a Claim Form to date. The email contained the same text as the initial notice, except for the subject line indicating it was a reminder. Of these second Reminder Email Notices, 190,140 were deliverable, a rate of 90.8%.

**MAILED NOTICE**

13.    On April 29, 2022, JND mailed the Court-approved notice via mail ("Postcard Notice") to Settlement Class Members with a Lifetime Spending Amount greater than $100.00 for whom a mailing address was available. Prior to mailing, JND performed address research using data from the National Change of Address ("NCOA") database and updated the mailing addresses accordingly.[3] The mailing included 5,935 individuals with a Lifetime Spending Amount greater than $100.00 whose addresses were

---

[3] The NCOA database is the official United States Postal Service ("USPS") technology product which makes changes of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream.

obtained by reverse email address lookup. A total of 27,644 Postcard Notices were mailed. A representative copy of the Postcard Notice is attached hereto as **Exhibit C**.

14.     As of July 7, 2022, 684 Postcard Notices were forwarded by USPS to updated addresses and 2,906 Postcard Notices were returned as undeliverable. Of the 2,906 undeliverable Postcard Notices, 2 Postcard Notices were returned with updated addresses provided by USPS and were subsequently remailed. For the remaining undeliverable Postcard Notices, JND conducted advanced address searches and received updated address information for 1,910 records. JND remailed 1,910 Notices to the new addresses accordingly. Overall, Postcard Notices to 26,359 Settlement Class Members were deliverable, a rate of 95.4%.

15.     I have filed a separate Supplemental Declaration regarding Postcard Notice to Settlement Class Members with a mailing address whose Email Notice was undeliverable.

16.     As of July 7, 2022, over 90% of the Class List has received direct notice via Email Notice and/or Postcard Notice.

## DIGITAL AD CAMPAIGN

17.     On April 29, 2022, JND caused the digital effort to launch with Google Display Network ("GDN"), Facebook, and Instagram. The digital effort concluded on May 28, 2022, delivering 10,357,778 impressions to adults 18 years of age or older in Washington state. A portion of the impressions were targeted towards those with an interest in or purchase intentions with Monopoly Slots, Gold Fish Casino, Hot Shot Casino, Jackpot Party Casino, Quick Hit Slots, 88 Fortunes, lotto apps, casino apps, and/or gambling apps on GDN, and accounts interested in Gold Fish Casino Slots, Gold Fish Casino Slots Community, Jackpot Party Casino Community, Jackpot Party Slots, Monopoly Slots, Quick Hit Slots, Slots 88 Fortunes, and/or mobile/online gambling on Facebook and Instagram.

18.     The digital ads were served across all devices (desktop, laptop, tablet and mobile), with an emphasis on mobile.  Screenshots of the Digital Notices as they appeared on GDN, Facebook, and Instagram are attached as **Exhibit D**.

DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SETTLEMENT WEBSITE

19.     On January 26, 2022, JND established a Settlement Website for the Action, www.ScientificGamesSettlement.com, which informs Settlement Class Members about the Action; hosts copies of relevant case documents including, but not limited to, copies of the Notice, Claim Form, First Amended Complaint, Settlement Agreement, Orders, and relevant motions for attorneys' fees/expenses and incentive awards; provides answers to frequently asked questions; and lists contact information for JND by telephone, email address, and mailing address. A copy of the Notice is attached as **Exhibit E**. A copy of the Claim Form is attached as **Exhibit F**. Prior to the claim filing deadline, the Settlement Website allowed Settlement Class Members to submit claims electronically. It also gives Settlement Class Members the opportunity to view their estimated Settlement Payment.

20.     As of July 7, 2022, the Settlement Website has tracked 13,379 unique visitors and 84,489 pageviews.

## TOLL-FREE TELEPHONE NUMBER

21.     On January 26, 2022, JND launched a toll-free telephone number, 1-866-615-0972, for Class Members to call for information related to the Action. The telephone line is available 24 hours a day, 7 days a week.

22.     As of July 7, 2022, JND has received 266 calls.

## CLAIMS RECEIVED

23.     The notice states that any Settlement Class Member who wants to receive a Settlement Payment must submit a completed Claim Form to the Settlement Administrator online via the Settlement Website or by mail. Claims Forms must have been submitted online or postmarked by June 24, 2022 to be considered timely.

24.     As of July 7, 2022, JND has received a total of 4,634 timely claims, 4,592 online and 42 by mail or email. In JND's preliminary review, it is estimated that the total Lifetime Spending Value of the claims received to date is approximately $16,769,589.40. As we continue analyzing claim form data, we anticipate this value will increase.

**EXCLUSIONS RECEIVED**

25.    The Notice informed Settlement Class Members that to request exclusion from the Action, they must submit their exclusion request to JND, and the request must be emailed or postmarked by June 24, 2022.

26.    As of July 7, 2022, JND has not received any exclusion requests.

**OBJECTIONS**

27.    The Notice informed Settlement Class Members that to object to the Settlement, they must submit their written objection to Class Counsel and Defendant's Counsel by June 24, 2022.

28.    As of July 7, 2022, JND is not aware of any objections.

I declare under the penalty of perjury pursuant to the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed on July 7, 2022, at Seattle, Washington.

JENNIFER M. KEOUGH

DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION

- EXHIBIT A -



January 28, 2022

United States Attorney General
and the Appropriate Officials
Identified in Attachment A

**RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of Defendant Scientific Games Corp. in the below-referenced class action ("the Action"), as well as Scientific Games' subsidiary SciPlay Corp.  A Class Action Settlement Agreement was filed with the Court on January 18, 2022. The Court granted preliminary approval to the settlement on January 19, 2022, and has scheduled a Final Approval Hearing on June 23, 2022, at 1:30 p.m. pacific time.

| | |
|---|---|
| **Case Name:** | *Reed, et al.  v. Scientific Games Corp* |
| **Case Number:** | 2:18-cv-00565-RSL |
| **Jurisdiction:** | *United States District Court for the Western District of Washington* |
| **Date Settlement filed with Court:** | January 18, 2022 |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 - Complaint.pdf**
Class Action Complaint, filed on April 17, 2018

**02 - First Amended Complaint.pdf**
First Amended Class Action Complaint, filed on August 25, 2020

**03 - Motion for Preliminary Approval.pdf**
Unopposed Motion for Preliminary Approval of Class Settlement, filed on January 18, 2022

**04 – Declaration of Todd Logan in Support of Preliminary Approval.pdf**
Declaration of Todd Logan in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, filed on January 18, 2022

**05 – Settlement Agreement.pdf**
Class Action Settlement Agreement, filed on January 18, 2022, and attaching:

Exhibit A – Scientific Games Settlement Claim Form

Exhibit B – Email Notice
Exhibit C – Postcard Notice
Exhibit D – Notice
Exhibit E – Plan of Allocation
Exhibit F – Stipulated Undertaking Re: Attorneys' Fees and Costs

**06 – Preliminary Approval Order.pdf**
Order Granting Plaintiff's Motion for Preliminary Approval of Class Action
Settlement, filed on January 19, 2022

As of the date of this letter, it is not feasible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715(b)(7), as class member data is not currently available. The Settlement Class is defined to encompass individuals who played certain mobile applications in the State of Washington. However, those individuals may now reside in other states. We anticipate that the Settlement Class is sufficiently numerous as to include Settlement Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Settlement Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed Settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsel's representative at:

Adam L. Hoeflich
Bartlit Beck LLP
54 West Hubbard Street
Chicago, IL  60654
Email: adam.hoeflich@bartlitbeck.com
Tel: 312-494-4473

For questions regarding this Notice, please contact JND at:

JND Class Action Administration
1100 2nd Ave, Suite 300
Seattle, WA  98101
Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

*Reed, et al. v. Scientific Games Corp.*, Case No. 2:18-cv-00565-RSL (W.D. Wash)
CAFA Notice – Attachment A – Service List

Treg R. Taylor
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Attorney General's Office
501 Washington Ave
Montgomery, AL  36104

Leslie Rutledge
Office of the Attorney General
323 Center St
Ste 200
Little Rock, AR  72201

Mark Brnovich
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801

Ashley Moody
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334

Holly T. Shikada
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813

Thomas J. Miller
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319

Lawrence G. Wasden
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL  60601

*Reed, et al. v. Scientific Games Corp.*, **Case No. 2:18-cv-00565-RSL (W.D. Wash)**
**CAFA Notice – Attachment A – Service List**

Todd Rokita
Office of the Attorney General
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Derek Schmidt
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS  66612

Daniel Cameron
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY  40601

Jeff Landry
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl, 20th Floor
Boston, MA  02108

Brian E. Frosh
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD  21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME  04333

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 1400
St. Paul, MN  55101

Eric Schmitt
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS  39201

Austin Knudsen
Office of the Attorney General
Justice Building, Third Fl
215 N. Sanders
Helena, MT  59601

Josh Stein
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Wayne Stenehjem
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND  58505

*Reed, et al. v. Scientific Games Corp.*, Case No. 2:18-cv-00565-RSL (W.D. Wash)
CAFA Notice – Attachment A – Service List

Doug Peterson
Attorney General's Office
2115 State Capitol
Lincoln, NE 68509

John Formella
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH 03301

Andrew J. Bruck
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ 08611

Hector Balderas
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY 10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43215

John O'Connor
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105

Ellen F. Rosenblum
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR 97301

Josh Shapiro
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI 02903

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201

Jason Ravnsborg
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD 57501

Herbert H. Slatery, III
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN 37243

*Reed, et al. v. Scientific Games Corp.*, Case No. 2:18-cv-00565-RSL (W.D. Wash)
CAFA Notice – Attachment A – Service List

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Mark R. Herring
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

T.J. Donovan
Attorney General's Office
109 State St.
Montpelier, VT  05609

Bob Ferguson
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  53707

Patrick Morrisey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305

Bridget Hill
Office of the Attorney General
State Capitol Building
200 W 24th St
Cheyenne, WY  82002

Karl A. Racine
Office of the Attorney General
400 6th St NW
Washington, DC  20001

Merrick Garland
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

Fainu'ulelei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Exec Ofc Bldg, 3rd Fl
P.O. Box 7
Utulei, AS  96799

Leevin Taitano Camacho
Office of the Attorney General
Administration Division
590 S Marine Corps Dr, Suite 901
Tamuning, GU  96913

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  96950

Domingo Emanuelli Hernández
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

*Reed, et al. v. Scientific Games Corp.*, **Case No. 2:18-cv-00565-RSL (W.D. Wash)**
**CAFA Notice – Attachment A – Service List**

Denise N. George
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802

Joses R. Gallen
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM  96941

Richard Hickson, Attorney General
C/O Marshall Islands Embassy
2433 Massachusetts Ave NW
Washington, DC  20008

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW  96940

- EXHIBIT B -

From: info@scientificgamessettlement.com
To: <EMAIL>
Subject: LEGAL NOTICE OF CLASS ACTION


Unique ID: <ID>

# If you played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots while in the State of Washington, you may be part of a class action settlement

*A court authorized this notice. You are <u>not</u> being sued. This is <u>not</u> a solicitation from a lawyer.*

A settlement has been reached in a class action lawsuit against Scientific Games Corporation ("Scientific Games"), alleging claims under Washington State law based on the sale of virtual chips in the following social casino-style games: Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots. Scientific Games and its subsidiary SciPlay Corporation ("SciPlay") (together, "Defendants") deny all claims and that they violated any law, but have agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

### Am I a Settlement Class Member?

Our records indicate that you may be a Settlement Class Member. Settlement Class Members are persons who played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, in the State of Washington, on or before January 19, 2022. More information is available at http://www.scientificgamessettlement.com.

### What can I get?

If approved by the Court, Defendants will establish a Settlement Fund of $24,500,000 to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses as well as any attorneys' fees, costs, and incentive awards to the Class Representatives awarded by the Court. If you are entitled to relief, you may submit a claim to receive a share of the Settlement Fund. Your share will depend on, among other things, (1) the total dollar amount of in-game purchases you made while playing Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, with those who spent more money receiving a higher percentage back, and (2) how many Settlement Class Members submit claims. You can find more information and estimate your share of the Settlement Fund at http://www.scientificgamessettlement.com.

### How do I get a payment?

You must submit a timely and properly completed Claim Form **no later than June 24, 2022**. You may request a claim form or submit one online at http://www.scientificgamessettlement.com.

### What are my other options?

You may choose to exclude yourself from the Settlement Class by sending a letter to the settlement administrator no later than June 24, 2022. If you exclude yourself, you will not receive a settlement payment, but you keep any rights you may have to sue Defendants over the legal claims raised in the lawsuit. You and/or your lawyer also

have the right to object to the proposed settlement. Your written objection must be filed no later than June 24, 2022. Specific instructions about how to object to or exclude yourself from the Settlement are available at http://www.scientificgamessettlement.com. If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments in this case. In addition, your claims relating to the allegations in this case against Defendants and any other Released Parties will be released.

### Who represents me?

The Court has appointed lawyers from Edelson PC to represent the Settlement Class. These attorneys are called "Class Counsel." You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense. Plaintiff Donna Reed is a Settlement Class Member and the Court appointed her as one of the "Class Representatives." You can be represented by your own lawyer at your expense.

### When will the court consider the proposed settlement?

The Court will hold the Final Approval Hearing at 11:00 a.m. on August 12, 2022 at 700 Stewart Street, Seattle, WA and/or via Zoom at a link to be provided by the Court. At that hearing, the Court will: hear any objections to the fairness of the settlement; determine the fairness of the settlement; consider Class Counsel's request for attorneys' fees and costs; and decide whether to approve incentive awards to the Class Representatives of up to $10,000 each from the Settlement Fund. Class Counsel will be paid from the Settlement Fund in an amount to be determined and awarded by the Court. Class Counsel will seek no more than 30% of the Settlement Fund; the Court may award less than these amounts.

### How do I get more information?

For more information, including the full Notice, Claim Form and Settlement Agreement, go to http://www.scientificgamessettlement.com, contact the Scientific Games Settlement Administrator at 1-866-615-0972, or call Class Counsel at 1-888-793-8250.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.  All questions regarding the Settlement or claims process should be directed to the Settlement Administrator or to Class Counsel.

# - EXHIBIT C -

COURT AUTHORIZED NOTICE OF CLASS
ACTION AND PROPOSED SETTLEMENT

# If you have played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots while in the State of Washington, you may be part of a class action settlement.

Scientific Games Settlement
c/o JND Legal Administration
P.O. Box 91361
Seattle, WA 98111

## «Barcode»

Postal Service: Please do not mark barcode

Unique ID: <ID>

«First1»«Last1»
«Addr1»
«Addr2»
«City», «ST»  «Zip»
«Country»

By Orders of the Court Dated January 19, 2022,
February 14, 2022,
and April 13, 2022

---

A settlement has been reached in a class action lawsuit against Scientific Games Corporation ("Scientific Games"), alleging claims under Washington state law based on the sale of virtual chips in the following social casino-style games: Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots. Scientific Games and its subsidiary SciPlay Corporation ("SciPlay") (together, "Defendants") deny all claims and that they violated any law, but have agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

**Am I a Settlement Class Member?** Our records indicate you may be a Settlement Class Member. Settlement Class Members are persons who played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, in the State of Washington, on or before January 19, 2022. More information is available at http://www.scientificgamessettlement.com.

**What Can I Get?** If approved by the Court, Defendants will establish a Settlement Fund of $24,500,000.00 to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses as well as any attorneys' fees, costs, and incentive awards to the Class Representatives awarded by the Court. If you are entitled to relief, you may submit a claim to receive a share of the Settlement Fund. Your share will depend on, among other things, (1) the total dollar amount of in-game purchases you made while playing Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, with those who spent more money receiving a higher percentage back, and (2) how many Settlement Class Members submit claims. You can find more information about the Settlement Fund, and estimate your share of the Settlement Fund, at http://www.scientificgamessettlement.com.

**How Do I Get a Payment?** You must submit a timely and properly completed Claim Form **no later than June 24, 2022**. You may request a claim form or submit one online at http://www.scientificgamessettlement.com.

**What are My Other Options?** You may choose to exclude yourself from the Class by sending a letter to the settlement administrator no later than **June 24, 2022**. If you exclude yourself, you will not receive a settlement payment, but you keep any rights you may have to sue Defendants over the legal claims raised in the lawsuit. You and/or your lawyer also have the right to object to the proposed settlement. Your written objection must be filed no later than **June 24, 2022**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at http://www.scientificgamessettlement.com. If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments in this case. In addition, your claims relating to the allegations in this case against Defendants and any other Released Parties will be released.

**Who Represents Me?** The Court has appointed lawyers from Edelson PC to represent the class. These attorneys are called "Class Counsel." You will not be charged for these lawyers. Plaintiff Donna Reed is a Settlement Class Member and the Court appointed her as one of the "Class Representatives." You can be represented by your own lawyer at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at 11:00 a.m. on August 12, 2022 at 700 Stewart Street, Seattle, WA 98101 and/or via Zoom at a link to be provided by the Court. At that hearing, the Court will: hear any objections to the fairness of the settlement; determine the fairness of the settlement; consider Class Counsel's request for attorneys' fees and costs; and decide whether to approve incentive awards to the Class Representatives of up to $10,000 each from the Settlement Fund. Class Counsel will be paid from the Settlement Fund in an amount to be determined by the Court. Class Counsel will seek no more than 30% of the Settlement Fund; the Court may award less than these amounts.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement, go to http://www.scientificgamessettlement.com, contact the Scientific Games Settlement Administrator at **1-866-615-0972**, info@scientificgamessettlement.com, or call Class Counsel at 1-888-793-8250.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS. All questions regarding the Settlement or claims process should be directed to the Settlement Administrator or to Class Counsel.

- EXHIBIT D -



NFL    COLLEGE FOOTBALL    NBA    COLLEGE HOOPS    INTERVIEWS    SI.COM    ABOUT

May 2, 2022 @ 10:45am  ›  Daniel Bates



**Paul Finebaum Reacts To The Major Cheating Allegations**

It wouldn't be college football without a little drama. And Pitt All-American Jordan …

Read More

May 2, 2022 @ 10:41am  ›  Hunter Hodies



**Ravens Were Reportedly Upset With Wide Receiver Pick**

The Baltimore Ravens were reportedly upset that the Pittsburgh Steelers took a top …

Read More

May 2, 2022 @ 10:33am  ›  Tzvi Machlin



**NFL Was Reportedly Mad At 1 Draft Pick On Thursday**

The NFL has been trying hard to make the NFL Draft more suspenseful (perhaps to extend the …

Read More

May 2, 2022 @ 10:03am  ›  Hunter Hodies

## Tyrann Mathieu Makes Free Agency Decision: NFL World Reacts



The best safety on the free-agent market has finally found a new home. Per NFL Network's Ian Rapoport,

addition, as they're expected to sign All-Pro safety […]

**Search The Spun Here**

Search this website

**What's Trending**

Seahawks Aren't Trading DK Metcalf: NFL World Reacts

Reacts To The Major ...ions

A Settlement has been reached in the case Donna Reed v. Scientific Games Corp., No. 18-cv-00565. Have you played SciPlay's social casino games in Washington? You could get money from a Settlement. LEGAL NOTICE. FILE A CLAIM





# Amber Heard Fires Publicists After Becoming Upset With Johnny Depp Trial Headlines









and a romantic baby pink Sheila Frank gown teamed with Neil Lane jewelry (on the supermodel).



**LEGAL NOTICE**

A Settlement has been reached in the case
Donna Reed v. Scientific Games Corp., No. 18-cv-00565

**Have you played any of these SciPlay social casino games while in Washington?**

You could get money from a Settlement

**FILE A CLAIM**


advertisement

f FB    Tweet    ••• More











- EXHIBIT E -

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

# If you played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots while in the State of Washington, you may be part of a class action settlement.

*A Federal Court authorized this notice. You are <u>not</u> being sued. This is <u>not</u> a solicitation from a lawyer.*

- A settlement has been reached in a class action lawsuit against Scientific Games Corporation ("Scientific Games"), alleging claims under Washington state law based on the sale of virtual chips in the following social casino-style games: Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots. Scientific Games and its subsidiary SciPlay Corporation ("SciPlay") (together, "Defendants") deny all claims and that they violated any law, but have agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

- You are a Settlement Class Member if you played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots while in the state of Washington on or before Preliminary Approval of the Settlement.

- Those who file timely and properly completed claims will be eligible to receive a share of the Settlement Fund. Your share will depend on, among other things, (1) the total dollar amount of in-game purchases you made while playing Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, with those who spent more money receiving a higher percentage back, and (2) how many Settlement Class Members submit claims.

- Please read this notice carefully. Your legal rights are affected regardless of whether you act or do not act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | You must submit a valid claim form either online or by mail. This is the only way to receive a payment. |
| **EXCLUDE YOURSELF** | To exclude yourself, you must affirmatively submit a request to be excluded. You will receive no benefits, but you will retain any rights you currently have to sue the Defendants about the claims in this case. |
| **OBJECT OR COMMENT** | Write to the Court explaining your opinion of the Settlement. |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlement. |
| **DO NOTHING** | You won't get a share of the Settlement benefits and will give up your rights to sue the Defendants about the claims in this case. |

These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

## BASIC INFORMATION

**1. Why was this Notice issued?**

A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about all of your options, before the Court decides whether to give final approval to the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights.

Judge Robert S. Lasnik of the United States District Court for the Western District of Washington is overseeing this class action. The lawsuit is known as *Donna Reed v. Scientific Games Corp.*, No. 18-cv-00565 (W.D. Wash.). The person who sued, Donna Reed, is one of the "Class Representatives." The company that got sued is Scientific Games Corporation, and both Scientific Games Corporation and SciPlay Corporation agreed to settle the lawsuit.

**2. What is a class action?**

In a class action, one or more people called class representatives sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all class members, except for those who choose to exclude themselves from the class.

**3. What is this lawsuit about?**

The lawsuit claims that Defendants violated Washington's gambling laws and Washington's Consumer Protection Act through the sale of virtual chips in the following social casino-style games: Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots. Defendants deny all claims and that they violated any law.

**4. Why is there a settlement?**

The Court has not decided whether the Plaintiff or the Defendants should win this case. Instead, both sides agreed to a Settlement. That way, they avoid the uncertainties and expenses associated with ongoing litigation, and Settlement Class Members will get compensation now rather than years from now, if at all.

More information about the Settlement and the lawsuit are available in the "Court Documents" section of the settlement website, or by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.wawd.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Western District of Washington, *Seattle Courthouse*, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

## WHO'S INCLUDED IN THE SETTLEMENT

**5. How do I know if I am in the Settlement Class?**

The Court decided that everyone who fits this description and chooses not to request to be excluded is a member of the **Settlement Class**:

All persons who, on or before Preliminary Approval of the Settlement, played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots while located in the state of Washington. Excluded from the Settlement Class are (1) any Judge or Magistrate presiding over this action and members of their families, (2) the Defendants, Defendants' subsidiaries, parent companies, successors, predecessors, and any entity in which the defendants or their parents have a controlling interest and their current or former officers, directors, and employees, (3) persons who properly execute and file a timely request for exclusion from the Settlement Class, and (4) the legal representatives, successors or assigns of any such excluded persons.

If you are not sure whether you are included, you can call the Settlement Administrator at 1-866-615-0972. Or you can get free help by calling the lawyers appointed to represent class members in this case at 1-888-793-8250.

## THE SETTLEMENT BENEFITS

### 6. What does the settlement provide?

If approved by the Court, Defendants will establish a Settlement Fund totaling $24,500,000. Settlement Class Member payments, as well as the cost to administer the Settlement, the cost to inform people about the Settlement, any attorneys' fees and costs awarded by the Court, and any incentive award to the Class Representatives approved by the Court will also come out of this fund.

### 7. How much will my payment be?

If you are member of the Settlement Class, you may submit a Claim Form to receive a portion of the Settlement Fund. The exact amount of your payment can't be determined at this time, but you can get an estimate by visiting the settlement website. The amount of your payment will depend on, among other things, (1) the total dollar amount of in-game purchases you made while playing Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, with those who spent more money receiving a higher percentage back, and (2) how many Settlement Class Members file valid claims. If you would like more information about how Settlement Payments are determined, visit http://www.scientificgamessettlement.com.

### 8. When will I get my payment?

You should receive a check or electronic payment from the Settlement Administrator within 60 days after the Settlement has been finally approved and/or after any appeals process is complete. The hearing to consider the final approval of the Settlement is scheduled for August 12, 2022. If you select to receive your payment via check, please keep in mind that checks will expire and become void 90 days after they are issued. If appropriate, funds remaining from the initial round of uncashed checks, or electronic payments that cannot be processed, may be used for a second distribution to Settlement Class Members and/or may be donated to the Legal Foundation of Washington.

## HOW TO GET BENEFITS

### 9. How do I get a payment?

If you are a Settlement Class Member and you want to receive a payment, you must complete and submit a valid Claim Form by **June 24, 2022**. Claim Forms can be found and submitted online, or you may request that a Claim Form be sent to you in the mail (and which you can then submit by mail). To submit a Claim Form online or to request a paper copy, go to http://www.scientificgamessettlement.com or call toll free, 1-866-615-0972.

We encourage you to submit your claim electronically. Not only is it easier and more secure, but it is completely free and takes only minutes!

## REMAINING IN THE SETTLEMENT

### 10. What am I giving up if I stay in the Settlement Class?

If the Settlement becomes final, you will give up your right to sue the Defendants for the claims being resolved by this Settlement. The specific claims you are giving up against the Defendants are described in the Settlement Agreement in Section 1.28. You will be "releasing" the Defendants and certain related parties (collectively, the "Released Parties"), described in Section 1.28 of the Settlement Agreement. Unless you exclude yourself (*see* Question 14), you are releasing the claims, regardless of whether you submit a claim or not. The Settlement Agreement is available through the "court documents" link on the website.

The Settlement Agreement describes the released claims with specific descriptions, so read it carefully.  If you have any questions you can talk to the lawyers listed in Question 12 for free by calling 1-888-793-8250, or you can, of course, talk to your own lawyer if you have questions about what this means.

## 11. What happens if I do nothing at all?

If you do nothing, you won't get any monetary benefits from this Settlement. But, unless you exclude yourself, you won't be able to bring or participate in any other lawsuit against the Defendants for the claims being resolved by this Settlement.

## THE LAWYERS REPRESENTING YOU

## 12. Do I have a lawyer in the case?

The Court has appointed a group of lawyers at the firm Edelson PC to represent the Settlement Class. Those lawyers—Jay Edelson, Rafey Balabanian, Todd Logan, Alexander Tievsky, Brandt Silver-Korn, and Amy Hausmann—are called "Class Counsel." They are experienced in handling similar class action cases. More information about these lawyers, their law firm, and their experience is available at www.edelson.com. They believe, after conducting an extensive investigation, that the Settlement Agreement is fair, reasonable, and in the best interests of the Settlement Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

The Court also appointed Plaintiff Donna Reed, who has played at least one of the social casino-style games in Question 3, as one of the Class Representatives.

## 13. How will the lawyers be paid?

Class Counsel attorneys' fees and costs will be paid from the Settlement Fund in an amount to be determined and awarded by the Court. The fee petition will seek no more than 30% of the Settlement Fund. The Court may award less than this amount.

Subject to approval by the Court, each Class Representative may be paid an "Incentive Award" from the Settlement Fund for helping to bring and settle this case. No Class Representative will ask for more than $10,000 as an incentive award.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

## 14. How do I get out of the settlement?

To exclude yourself from the settlement, you must email, mail, or otherwise deliver a letter (or request for exclusion) stating that you want to be excluded from the "*Donna Reed v. Scientific Games Corp.*, No. 18-cv-00565 (W.D. Wash.)" case. Your letter or request for exclusion must include your (a) name (b) telephone number (c) U.S. Mail address, (d) email address, (e) Player IDs and/or email addresses associated with Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, and (f) your signature. You must email or mail your exclusion request no later than **June 24, 2022**, to:

info@scientificgamessettlement.com

Scientific Games Settlement
c/o JND Legal Administration
PO Box 91361
Seattle, WA 98111

## 15. If I don't exclude myself, can I sue the Defendants for the same thing later?

No. Unless you exclude yourself, you give up any right to sue the Defendants for the claims being resolved by this Settlement.

## 16. If I exclude myself, can I get anything from this settlement?

No. If you exclude yourself, you should not submit a Claim Form to ask for benefits because you won't receive any.

## OBJECTING TO THE SETTLEMENT

### 17. How do I object to the settlement?

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement being proposed. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed settlement must be in writing. If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. If you want to appear and speak at the Final Approval Hearing to object to the Settlement, with or without a lawyer (explained below in answer to Question Number 21), you must say so in your letter or brief. All written objections and supporting papers must include: (i) all Player ID(s) associated with Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots, (ii) all email address(es) associated with Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, or Monopoly Slots,  (iii) current telephone number, U.S. Mail address, and email address, (iv) the specific grounds for the objection, (v) all documents or writings that the Settlement Class Member desires the Court to consider, (vi) the name and contact information of any and all attorneys representing, advising, or in any way assisting the objector in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection, and (vii) a statement indicating whether the objector intends to appear at the Final Approval Hearing (either personally or through counsel, who must file an appearance or seek pro hac vice admission). All written objections must be emailed or otherwise delivered to Class Counsel and Defendants' Counsel, and filed with the Court before **June 24, 2022**.

Class Counsel will file with the Court and post on this website its request for attorneys' fees by May 20, 2022.

### 18. What's the difference between objecting and excluding myself from the settlement?

Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself from the Settlement Class is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 19. When and where will the court decide whether to approve the settlement?

The Court will hold the final approval hearing on August 12, 2022, at 11:00 am at 700 Stewart Street, Seattle, WA 98101 and/or via Zoom at a link to be provided by the Court. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider Class Counsel's request for attorneys' fees and expenses; and to consider the request for an incentive award to the Class Representatives. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.

The hearing may be postponed to a different date or time without notice, so it is a good idea to check http://www.scientificgamessettlement.com or call 1-866-615-0972 to confirm the hearing date. If, however, you timely objected to the Settlement and advised the Court that you intend to appear and speak at the final approval hearing, you will receive notice of any change in the date of such final approval hearing.

### 20. Do I have to come to the hearing?

No.  Class Counsel will answer any questions the Court may have.  But, you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you filed and mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

**21. May I speak at the hearing?**

Yes.  You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must include in your letter or brief objecting to the settlement a statement saying that it is your "Notice of Intent to Appear in *Donna Reed v. Scientific Games Corp.*, No. 18-cv-00565 (W.D. Wash.)." It must include your name, address, telephone number and signature as well as the name and address of your lawyer, if one is appearing for you. Your objection and notice of intent to appear must be filed with the Court and sent no later than **June 24, 2022**.

## GETTING MORE INFORMATION

**22. Where do I get more information?**

This Notice summarizes the Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement at http://www.scientificgamessettlement.com. You can also get information about this case by accessing the Court docket, for a fee, through the Court's Public Access to Court Electronic (PACER) system at https://ecf.wawd.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Western District of Washington, *Seattle Courthouse*, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. You may also write your questions to the Settlement Administrator at  Scientific Games Settlement, c/o JND Legal Administration, PO Box 91361, Seattle, WA 98111. And you can call the Settlement Administrator at 1-866-615-0972 or Class Counsel at 1-888-793-8250, if you have any questions. Before doing so, however, please read this full Notice carefully.


PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.  All questions regarding the Settlement or claims process should be directed to the Settlement Administrator or to Class Counsel.

- EXHIBIT F -

## SCIENTIFIC GAMES SETTLEMENT CLAIM FORM

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY JUNE 24, 2022. THE CLAIM FORM MUST BE SIGNED AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.

The Settlement Administrator will review your Claim Form. If accepted, you will receive a share of the Settlement Fund. This process takes time, please be patient. If you have any questions, or would like to estimate your share of the Settlement Fund, visit: http://www.scientificgamessettlement.com.

*Instructions.* Fill out each section of this form and sign where indicated.  To find your Player ID(s), select the **Settings** button (it's the gear icon).

| First Name | | Last Name | |
|---|---|---|---|
| | | | |

| Street Address | | |
|---|---|---|
| | | |

| City | State | ZIP Code |
|---|---|---|
| | | |

| Email Address | | Phone Number |
|---|---|---|
| | | |

| Jackpot Party Casino Player ID(s) *(only complete if you have played this game)* | Gold Fish Casino Player ID(s) *(only complete if you have played this game)* | Hot Shot Casino Player ID(s) *(only complete if you have played this game)* |
|---|---|---|
| Quick Hit Slots Player ID(s) *(only complete if you have played this game)* | 88 Fortunes Player ID(s) *(only complete if you have played this game)* | Monopoly Slots Player ID(s) *(only complete if you have played this game)* |

**All email addresses associated with Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, and/or Monopoly Slots accounts.**

**All email addresses associated with Facebook (App Center), Apple (App Store), Google (Play Store), Amazon, Microsoft, and Samsung accounts from which you played Jackpot Party Casino, Gold Fish Casino, Hot Shot Casino, Quick Hit Slots, 88 Fortunes, and/or Monopoly Slots.**

*Settlement Class Member Affirmation:* By submitting this Claim Form you affirm under penalty of perjury that, to the best of your knowledge, the Player ID(s) and email address(es) listed above are yours.

Signature: _____    Date: ___ ___/ ___ ___/ ___ ___

*Select Payment Method.* Select **ONE** box for how you would like to receive payment and provide the requested information.

| • Check | • Zelle® | • PayPal® | • ACH Direct Deposit |
|---|---|---|---|
| **Mailing Address:** | **Email Address OR Phone Number:** | **Email Address:** | **Name of Bank or Credit Union:** <br><br> • **Checking Account** • **Savings Account** <br><br> **Routing Number:** <br><br> **Account Number:** |