**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DONNA REED, individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

SCIENTIFIC GAMES CORP., a Nevada corporation,

*Defendant*.

Case No. 18-cv-00565-RSL

**STIPULATED MOTION FOR LIMITED SUPPLEMENTAL NOTICE PROGRAM AND ORDER**

Pursuant to Local Civil Rule 10(g) Plaintiff Donna Reed ("Plaintiff") and Defendant Scientific Games Corporation ("Scientific Games") stipulate and respectfully request that the Court grant this motion and enter the attached [Proposed] Order approving of a limited supplemental notice program. In support of their Stipulated Motion, the Parties state as follow:

1. On July 6, 2022, the Settlement Administrator apprised Class Counsel that due to an inadvertent administrative error, the Settlement Administrator did not send direct postcard notice to a group—consisting of approximately 0.5% of the Class Members responsible for approximately .08% of the Class's Total Lifetime Spending—that is supposed to receive



EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

postcard notice under the Settlement. *See* Supplemental Declaration of Jennifer Keough ("Supp. Keough Decl.") ¶ 4.

2. Because the direct notice campaign reached more than 90% of the Class Members, and because the digital notice campaign buttressed the direct notice campaign, the Parties do not believe that the Settlement Administrator's inadvertent administrative error poses any due process concerns to the entry of final approval here. *See, e.g.*, Federal Judicial Center, *Judges' Class Action Notice & Claims Process Checklist & Plain Language Guide*, at 3 (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf (notice campaign that reaches 70% of a class is often reasonable); *Askar v. Health Providers Choice, Inc.*, No. 19-CV-06125-BLF, 2021 WL 4846955, at *3 (N.D. Cal. Oct. 18, 2021) ("[N]otice plans estimated to reach a minimum of 70 percent are constitutional and comply with Rule 23") (citation omitted).

3. Nevertheless, because the Settlement Agreement called for these Class Members to receive postcard notice—and more broadly because they believe it is the fair and equitable thing to do—the Parties respectfully request that the Court enter the attached [Proposed] Order establishing a limited supplemental notice program for the Class Members impacted by the Settlement Administrator's inadvertent administrative error.

4. If the Court enters the attached [Proposed] Order, the Settlement Administrator will—as soon as July 8, 2022—immediately disseminate the Limited Supplemental Notice attached as Exhibit A to the Supplemental Keough Declaration, composed of a "buck slip" and the original notice postcard. The buck slip advises impacted Class Members that due to the inadvertent administrative error, those Class Members have until 5:00pm on August 10, 2022, to file a claim, request to be excluded, or object to the Settlement.

5. If the Court enters the attached [Proposed] Order, Class Counsel will file a status report on August 11, 2022. That status report will apprise the Court of any objections or exclusion requests received by Class Members that received the limited supplemental notice, and further apprise the Court of an updated Adjusted Claims Rate, taking into account any supplemental claims that are made.



EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

All parties respectfully request that this Court grant this stipulated motion and enter the attached [Proposed] Order.

Dated: July 8, 2022

By: /s/ Adam L. Hoeflich
Adam L. Hoeflich*
**Bartlit Beck LLP**
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
Telephone: 312.494.4400
Facsimile: 312.494.4440
Email: adam.hoeflich@bartlitbeck.com

Daniel C. Taylor*
Alison G. Wheeler*
**Bartlit Beck LLP**
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140
Email: sean.grimsley@bartlitbeck.com
daniel.taylor@bartlitbeck.com
alison.wheeler@bartlitbeck.com

By: /s/ Kathleen M. O'Sullivan
Kathleen M. O'Sullivan, WSBA No. 27850
Nicola C. Menaldo, WSBA No. 44459
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KOSullivan@perkinscoie.com
NMenaldo@perkinscoie.com
DMartin@perkinscoie.com

*Attorneys for Defendant Scientific Games Corporation*

By: /s/ Todd Logan
Rafey S. Balabanian*
Todd Logan*
Brandt Silver-Korn*
**Edelson PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 / Fax: 415.373.9435
Email: rbalabanian@edelson.com
tlogan@edelson.com
bsilverkorn@edelson.com

By: /s/ Alexander G. Tievsky
Jay Edelson*
Alexander G. Tievsky, WSBA #57125
Amy B. Hausmann*
**Edelson PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378
Email: jedelson@edelson.com
atievsky@edelson.com
abhausmann@edelson.com

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
**Tousley Brain Stephens PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600
Email: cshiel@tousley.com

*Attorneys for Plaintiff and the Class*

*Admitted *pro hac vice*

**ORDER**

The Parties' stipulated motion is **GRANTED**. The Settlement Administrator shall immediately disseminate the limited supplemental notice attached as Exhibit A to the Keough Declaration. Impacted Class Members shall have until August 10, 2022, at 5:00pm for any claims, objections, or exclusion requests to be received by the Settlement Administrator. Class Counsel shall file a status report on August 11, 2022. The Final Approval Hearing remains set for August 12, 2022, at 11:00am.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2022.

Robert S. Lasnik
United States District Judge



EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378