UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIGHT & WONDER, INC., f/k/a<br>SCIENTIFIC GAMES CORP.,<br><br>　　　　Defendant. | Cause No. C18-0565RSL<br><br>ORDER |

This matter comes before the Court on defendant's "Notice of Name Change and Request to Update Docket and Caption." Dkt. # 191. The request is GRANTED. The Clerk of Court is directed to update the docket to identify the defendant as "Light & Wonder, Inc., f/k/a Scientific Games Corp." All future filings in this matter shall contain the caption as set forth above.

Dated this 10th day of August, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1