1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7   DONNA REED, individually and on behalf of all
    others similarly situated,

8

9                          *Plaintiff,*

10          *v.*

11   LIGHT & WONDER, INC., f/k/a SCIENTIFIC
     GAMES CORP.,

12

13                          *Defendant.*

14

No. 2: 18-cv-00565-RSL

**CLASS COUNSEL'S**
**UNOPPOSED MOTION FOR**
**APPROVAL OF SECOND**
**DISTRIBUTION PLAN**
**AND [PROPOSED] ORDER**

15

16

17

18

19

20

21

22

23

24

25

26

27

UNOPPOSED MTN FOR SUPP. DISTRIBUTION PLAN
CASE NO. 18-CV-565

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

1

**UNOPPOSED MOTION FOR APPROVAL
OF SECOND DISTRIBUTION PLAN**

2          On August 12, 2022, this Court granted final approval to the Class Action Settlement and

3   directed the Parties to "proceed with the Settlement procedures specified under the terms of the

4   Settlement Agreement, including payment and prospective relief." Dkt. #197 at 2. The

5   Settlement Administrator in this case has since effected the process laid out in the Settlement

6   Agreement for determining Settlement Payments and has paid from the Settlement Fund all

7   Approved Claims. Dkt. #164-1 § 2.1(b)-(e). The Settlement Administrator also conducted

8   outreach to claimants whose electronic deposits were unable to be processed and attempted to

9   correct the problem, pursuant to Section 2.1(g) of the Settlement Agreement.

10          Despite diligent efforts, some payments were unsuccessful, and some checks remain

11   uncashed. As a result, there is approximately $370,000 remaining in the Settlement Fund as of

12   the date of this filing (the "Reserve Fund"), representing approximately 1.5% of the Settlement

13   Fund. Class Counsel therefore submits for the Court's approval the following, unopposed Second

14   Distribution Plan:

15          1.          The Settlement Administrator will promptly make a second distribution to

16   claimants from the Reserve Fund.

17          2.          Specifically, the Settlement Administrator will allocate the Reserve Fund—less

18   the administrative expenses of the second distribution—pro rata to all claimants who previously

19   received Settlement Payments. However, to the extent a second distribution to a claimant would

20   equal less than five dollars ($5), that second distribution shall not be paid, and instead the

21   amount shall be distributed pro rata to claimants whose second distribution is at least five dollars

22   ($5).

23          3.          To the extent that any of these additional payments are not cashed/processed by

24   claimants after ninety (90) calendar days, such funds shall be paid to the Legal Foundation of

25   Washington—the *cy pres* recipient named in § 2.1(h) of the Settlement Agreement.

26                                    *          *          *

27

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370  •  Fax: 312.589.6378

1    This proposed Second Distribution Plan is fair, equitable, and faithfully effectuates the

2  Settlement Agreement in this case. *See* Dkt. #164-1 § 2.1(h). Consequently, Class Counsel

3  requests—and no Party opposes—that the Court grant this motion and enter the attached

4  Proposed Order.

6  Dated: May 15, 2023                              Respectfully submitted,

7

8                                                   **CLASS COUNSEL**

9                                                   By: /s/ Todd Logan
                                                    Rafey S. Balabanian*
                                                    rbalabanian@edelson.com
10                                                  Todd Logan*
                                                    tlogan@edelson.com
11                                                  Brandt Silver-Korn*
                                                    bsilverkorn@edelson.com
12                                                  EDELSON PC
                                                    150 California Street, 18th Floor
13                                                  San Francisco, California 94107
                                                    Tel: 415.212.9300/Fax: 415.373.9435
14
                                                    By: /s/ Alexander G. Tievsky
15                                                  Jay Edelson*
                                                    jedelson@edelson.com
16                                                  Alexander G. Tievsky, WSBA #57125
                                                    atievsky@edelson.com
17                                                  EDELSON PC
                                                    350 N LaSalle Street, 14th Floor
18                                                  Chicago, IL 60654
                                                    Tel: 312.589.6370 / Fax: 312.589.6378
19
                                                    *Class Counsel*
20
                                                    By: /s/ Cecily C. Jordan
21                                                  Cecily C. Jordan, WSBA #50061
                                                    cjordan@tousley.com
22                                                  TOUSLEY BRAIN STEPHENS PLLC
                                                    1200 Fifth Avenue, Suite 1700
23                                                  Seattle, Washington 98101
                                                    Tel: 206.682.5600
24
                                                    *Plaintiff's Counsel*
25

26                                                  *Admitted pro hac vice*

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

Class Counsel's unopposed motion is GRANTED. The Second Distribution Plan is approved.

IT IS SO ORDERED.


Dated this 16th day of May, 2023.


*MMr S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
CASE NO. 18-CV-565

1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378